IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF ENERGY, )<br>)<br>Defendant. )<br>) | Civil Action No. 22-cv-0360 (RBW) |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated April 4, 2022, Plaintiff Protect the Public's Trust and the U.S. Department of Energy ("DOE"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated 24, 2021, seeking:

> All records using keywords "Mulhern" "Granholm Mulhern Associates" "Dan Mulhern" held by any employee of the Department of Energy ranging from November 23, 2020 until the date the request is processed. This should include, but not be limited to, any communications or records between the Office of General Counsel and the Office of the Secretary during the drafting and completion of Secretary Granholm's ethics agreement as well as any meetings, meeting requests, schedules, or communications between any employee or client of Dan Mulhern and his firm and any employee of the Department of Energy.

(Compl. ¶ 6)

2. DOE states that it has submitted the first search – utilizing the term "Mulhern" – and expects to have the results of that search within approximately one week. DOE will then need to conduct two additional searches – utilizing the term "Granholm Mulhern Associates" and "Dan Mulhern" – but expects to the bulk of any search results to come from the first search.

DOE will process potentially responsive records at the rate of 300 pages per month, and anticipates making its first production of any non-exempt, responsive records at that processing rate by June 15, 2022, with rolling productions occurring thereafter on a monthly basis until processing is complete.

3. To allow time for DOE to complete its search and the processing of any responsive records, the parties propose that they provide a further status report on or before June 22, 2022, and that the Court defer setting a briefing schedule at this time.

Respectfully submitted,

_____/s/_____
Gary M. Lawkowski
D.D.C. Bar ID: VA125
DHILLON LAW GROUP, INC.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
Telephone: 703-965-0330
Facsimile: 415-520-6593
GLawkowski@Dhillonlaw.com

*Counsel for Plaintiff*

AND

MATTHEW M. GRAVES, D.C. BAR#481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*