IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROTECT THE PUBLIC'S TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF ENERGY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 22-cv-0360 (RBW) |

## JOINT STATUS REPORT

Pursuant to the Court's order dated March 16, 2023, Plaintiff Protect the Public's Trust and the U.S. Department of Energy ("DOE"), by and through undersigned counsel, report to the Court as follows.

1. This action involves a Freedom of Information Act ("FOIA") request dated 24, 2021, seeking:

> All records using keywords "Mulhern" "Granholm Mulhern Associates" "Dan Mulhern" held by any employee of the Department of Energy ranging from November 23, 2020 until the date the request is processed. This should include, but not be limited to, any communications or records between the Office of General Counsel and the Office of the Secretary during the drafting and completion of Secretary Granholm's ethics agreement as well as any meetings, meeting requests, schedules, or communications between any employee or client of Dan Mulhern and his firm and any employee of the Department of Energy.

(Compl. ¶ 6)

2. DOE stated in a prior status report that it completed its search for responsive records and had identified a few thousand pages of potentially responsive documents, although its initial assessment was that many of these results are not responsive to the request. DOE also

stated in a prior status report that it made its first production on or about June 15, 2022, and would continue to process potentially responsive records at the rate of 300 pages per month.

       3.       As stated in a prior status report, DOE completed its review of the potentially responsive documents located from its search and determined that there were no additional responsive documents to process.  DOE issued its final response letter on September 20, 2022.

       4.       Plaintiff has reviewed the documents produced by DOE in response to the FOIA request and has determined that no issues remain outstanding other than the issue of attorneys' fees and costs.  Plaintiff has submitted a proposal for resolving that issue to DOE, and DOE still is in the process of formulating a response.   To allow time for the parties to confer on that issue, the parties propose that they file a further status report on June 15, 2023.

                      Respectfully submitted,

                      _____/s/_____
                      Gary M. Lawkowski
                      D.D.C. Bar ID: VA125
                      DHILLON LAW GROUP, INC.
                      2121 Eisenhower Avenue, Suite 608
                      Alexandria, Virginia 22314
                      Telephone: 703-965-0330
                      GLawkowski@Dhillonlaw.com

                      *Counsel for Plaintiff*

                           AND

                      MATTHEW M. GRAVES, D.C. BAR#481052
                      United States Attorney

                      BRIAN P. HUDAK
                      Chief, Civil Division


                      By: _____/s/_____
                      JEREMY S. SIMON, D.C. BAR #447956
                      Assistant United States Attorney
                      601 D. Street, N.W.
                      Washington, D.C. 20530

(202) 252-2528
Jeremy.simon@usdoj.gov

*Counsel for Defendant*